**United States Bankruptcy Court**
**Northern District of Georgia**

In re  **Amy Elizabeth Barnes**                                                                Case No.  
                                       Debtor(s)                                                Chapter  **13**

# STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I,  **Amy Elizabeth Barnes**  , hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐    I am unemployed; or

☐    I am self-employed; or

■    My employer did not provide pay stubs.

☐    Other
_____
_____
_____


Date  **August 5, 2024**                              Signature  **/s/ Amy Elizabeth Barnes**
                                                                **Amy Elizabeth Barnes**
                                                                Debtor