UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| AMY ELIZABETH BARNES, | ) | CASE NO. 24-58127 |
| DEBTOR(S), | ) | CHAPTER 13 |

**RENOTICE OF HEARING**

PLEASE TAKE NOTICE that AMY ELIZABETH BARNES is renoticing her Confirmation Hearing regarding her Amended Chapter 13 Plan (Doc. No. 15). And related papers with the Court seeking an order confirming her plan.

PLEASE TAKE FURTHER NOTICE that the Court will hold a Confirmation Hearing on Debtor's Amended Chapter 13 Plan (the "Confirmation Hearing") at 9:30 am on January 28, 2025 in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This Tuesday, December 10, 2024.

Respectfully submitted,

/s/ *Charles M. Clapp*
Charles M. Clapp, 101089
Attorney for Debtor
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328
(404) 585-0040 (Office)
(404) 393-8893 (Fax)
charles@lawcmc.com

CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, December 10, 2024, I electronically filed the foregoing Renotice of Confirmation Hearing] using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

K. Edward Safir, Chapter 13 Trustee: albertg@13arlch13tt.com
US Bank Trust NA:
 cristina.digiannantonio@padgettlawgroup.com; PLGinquiries@padgettlawgroup.com
Quantum3 Group LLC: claims@quantum3group.com
US Department of Education/MOHELA: Claims_help@mohela.com
Internal Revenue Service: Anthony.Evans3@irs.gov
T-Mobile: POC_AIS@aisinfo.com
Publix Employees Credit Union: della.andrews@pefcu.com

This Tuesday, December 10, 2024.

Respectfully submitted,

/s/ *Charles M. Clapp*
Charles M. Clapp, 101089
Attorney for Debtor
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328
(404) 585-0040 (Office)
(404) 393-8893 (Fax)
charles@lawcmc.com