| **Fill in this information to identify the case:** |
|---|
| Debtor 1    Amy Elizabeth Barnes |
| Debtor 2 |
| United States Bankruptcy Court for the: Northern District of Georgia |
| Case number :    24-58127-sms |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| **Name of creditor:** | **U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II** | **Court claim no.** (if known): | **6** |
|---|---|---|---|

**Last 4 digits** of any number you use to identify the debtor's account: **0881**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice.

### Part 1:    Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | Amount |
|---|---|---|
| Late Charges | | $0.00 |
| Non-sufficient funds (NSF) fees | | $0.00 |
| Attorney Fees | | $0.00 |
| Filing fees and court costs | | $0.00 |
| Bankruptcy/Proof of claim fees | 10/09/2024 | $475.00 |
| Appraisal/Broker`s price opinion fees | | $0.00 |
| Property Inspection Fees | | $0.00 |
| Tax Advances (Non-Escrow) | | $0.00 |
| Insurance Advances (Non-Escrow) | | $0.00 |
| Property preservation expenses. Specify: | | $0.00 |
| Other. Specify: Plan Review Fees | 08/09/2024 | $475.00 |
| Other. Specify: 410A Fee | | $0.00 |
| Other. Specify: Objection to Confirmation | 08/26/2024 | $550.00 |
| Other. Specify: | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  <u>Amy Elizabeth Barnes</u>             Case Number: <u>24-58127-sms</u>
         First Name   Middle Name   Last Name

## Part 2: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

<u>/s/Christopher Giacinto                              </u>  Date <u>11/26/2024</u>
Signature

| | | | |
|---|---|---|---|
| Print: | Christopher Giacinto | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In Re;

Amy Elizabeth Barnes                                          Case No.: 24-58127-sms

Debtor(s)                                                                  Chapter: 13

**CERTIFICATE OF SERVICE**

I, hereby certify that on 11/26/2024, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

**Service by U.S. First Class Mail**

**Debtor**
Amy Elizabeth Barnes
886 Wanda Circle SW
Marietta, GA 30008

**By Electronic Mail**
**Attorney for Debtor**
Charles M. Clapp
Law Offices of Charles Clapp, LLC
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328

**Trustee**
K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

                                                 /s/ Christopher Giacinto
                                                 Christopher Giacinto

**Padgett Law Group**

6267 Old Water Oak Road

Tallahassee, FL 32312 3858

Phone No: (850) 422-2520

Fax No: (850) 422-2567

### Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| Fay Servicing LLC | | Invoice #: | ▓▓▓▓▓▓ |
| Michael A. Wojcik | | Invoice Status: | Check Confirmed |
| 939 W. North Ave. | | Input By: | Daniel Baker |
| Chicago, IL 60642 | | Date Submitted: | 8/13/2024 |
| Re: | BARNES AMY | Invoice Date: | 8/12/2024 |
| | 886  WANDA CIR SW | Vendor Ref #: | ▓▓▓▓▓▓ |
| | MARIETTA, GA 30008 0000 | Vendor Code: | TPADGETT |
| Loan #: | ▓▓▓▓▓▓ | Payee Code: | ATFLTIMOTH |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | ▓▓▓▓▓▓ | Referral Date | 8/7/2024 |
| Cost Center: | | | |
| CONV Case No: | | Acquisition Date: | |
| GSE Code: | O | Paid in Full Date: | N/A |
| GSE REO Rem. Code: | | Foreclosure Removal | N/A |
| | | HiType | 1 |
| Original Mortgage Amount: | $65,550.00 | Class Code | |
| Litigation Status Code: | | | |
| Man Code: | B | | |
| BK Case No: | 24-58127-sms | | |
| BK Chapter: | 13 | | |

Invoice ID: ▓▓▓▓▓▓
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 8/13/2024 | | | | 8/13/2024 | 8/13/2024 | 8/14/2024 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | 08/09/2024 | 1 | $475.00 | $475.00 | $0.00 | $475.00 |
| **Note:** Plan Review & Negotiation (Recoverable) | | | | | | | |
| Service From Date: 8/9/2024 | | Service To Date: 8/9/2024 12:00:00 | | | | | |
| | | | | | $475.00 | $0.00 | $475.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total:** | | | | | $475.00 | $0.00 | $475.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
886 Wanda Circle Southwest Marietta, GA 30008

Execution Date Time: 11/21/2024 10:13:52 AM          Pages: 1/ 2

**Padgett Law Group**

6267 Old Water Oak Road

Tallahassee, FL 32312 3858

Phone No: (850) 422-2520

Fax No: (850) 422-2567

**Bankruptcy - Bankruptcy Services - INVOICE**

| | |
|---|---|
| Fay Servicing LLC | |
| Michael A. Wojcik | |
| 939 W. North Ave. | |
| Chicago, IL 60642 | |
| Re: | BARNES AMY |
| | 886   WANDA CIR SW |
| | MARIETTA, GA 30008 0000 |
| Loan #: | |
| Loan Type: | Conventional |
| Inv. ID / Cat. ID: | |
| Cost Center: | |
| CONV Case No: | |
| GSE Code: | O |
| GSE REO Rem. Code: | |
| Original Mortgage Amount: | $65,550.00 |
| Litigation Status Code: | |
| Man Code: | B |
| BK Case No: | 24-58127-sms |
| BK Chapter: | 13 |

| | |
|---|---|
| Invoice #: | |
| Invoice Status: | Check Confirmed |
| Input By: | Daniel Baker |
| Date Submitted: | 8/27/2024 |
| Invoice Date: | 8/26/2024 |
| Vendor Ref #: | |
| Vendor Code: | TPADGETT |
| Payee Code: | ATFLTIMOTH |
| Type: | Non Judicial |
| Referral Date | 8/9/2024 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 8/27/2024 | | | | 8/27/2024 | 8/27/2024 | 8/28/2024 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Objection to Confirmation | | 08/26/2024 | 1 | $550.00 | $550.00 | $0.00 | $550.00 |

**Note:** Objection to Confirmation of Plan Fee - Recoverable

Service From Date:  8/26/2024            Service To Date:  8/26/2024

| | | | |
|---|---|---|---|
| | $550.00 | $0.00 | $550.00 |

| Total: | $550.00 | $0.00 | $550.00 |
|---|---|---|---|

**Invoice Level Exceptions**

None

**Invoice Level Comment**

886 Wanda Circle Southwest Marietta, GA 30008

Execution Date Time: 11/21/2024 10:13:52 AM                                                                                                        Pages: 1/ 2

**Padgett Law Group**

6267 Old Water Oak Road

Tallahassee, FL 32312 3858

Phone No: (850) 422-2520

Fax No: (850) 422-2567

**Bankruptcy - Bankruptcy Services - INVOICE**

| | | | |
|---|---|---|---|
| Fay Servicing LLC | | Invoice #: | ▮▮▮▮ |
| Michael A. Wojcik | | Invoice Status: | Check Confirmed |
| 939 W. North Ave. | | Input By: | Lauren Middlebrooks |
| Chicago, IL 60642 | | Date Submitted: | 10/10/2024 |
| Re: | BARNES AMY | Invoice Date: | 10/9/2024 |
| | 886 WANDA CIR SW | Vendor Ref #: | ▮▮▮▮ |
| | MARIETTA, GA 30008 0000 | Vendor Code: | TPADGETT |
| Loan #: | ▮▮▮▮ | Payee Code: | ATFLTIMOTH |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | ▮▮▮▮ | Referral Date | 9/13/2024 |
| Cost Center: | | | |
| CONV Case No: | | Acquisition Date: | |
| GSE Code: | O | Paid in Full Date: | N/A |
| GSE REO Rem. Code: | | Foreclosure Removal | N/A |
| | | HiType | 1 |
| Original Mortgage Amount: | $65,550.00 | Class Code | |
| Litigation Status Code: | | | |
| Man Code: | B | | |
| BK Case No: | 24-58127-sms | | |
| BK Chapter: | 13 | | |

Invoice ID: ▮▮▮▮
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 10/10/2024 | | | | 10/10/2024 | 10/10/2024 | 10/11/2024 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | | 10/09/2024 | 1 | $475.00 | $475.00 | $0.00 | $475.00 |

**Note: Proof of Claim Preparation Fee-Recoverable**
Service From Date: 10/9/2024    Service To Date: 10/9/2024

| | | | |
|---|---|---|---|
| | $475.00 | $0.00 | $475.00 |

| | | | |
|---|---|---|---|
| **Total:** | $475.00 | $0.00 | $475.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
886 Wanda Circle Southwest Marietta, GA 30008

Execution Date Time: 11/21/2024 10:13:52 AM                                                                 Pages: 1/ 2